IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Minefee, Richard A

Printed: 4/8/08

Case Number: 07 B 21718
Judge: Hollis, Pamela S
Filed: 11/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | Freemont Investment | Secured | 4,000.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 21,874.23 | 0.00 |
| 5. | Capital One Auto Finance | Unsecured | 113.31 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 240.76 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 39.53 | 0.00 |
| 8. | Sprint | Unsecured |  | No Claim Filed |
|  |  |  | $ 26,267.83 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

